AO 247 (Rev. 11/23)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
Southern District of Georgia
Waycross Division

| | |
|---|---|
| United States of America<br>v.<br>Leo Vonza Pender,<br>AKA "Metro" | )<br>)   Case No:   5:20CR00007-12<br>)<br>)   USM No:   43189-509<br>) |

Date of Original Judgment:     January 25, 2022
Date of Previous Amended Judgment: N/A     )   Michael N. Loebl
*(Use Date of Last Amended Judgment if Any)*     *Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    ☒ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The original sentence imposed (118 months of imprisonment) was a downward variance from the advisory guideline range to address several factors outlined in 18 U.S.C. § 3553(a), including the need for the sentence imposed to avoid unwarranted sentencing disparities. Retroactive application of Amendment 821 results in a reduction to the defendant's total criminal history score from 14 points to 13 points; however, such application does not result in a reduction to the assigned criminal history category. Accordingly, since retroactive application of Amendment 821 does not have the effect of lowering the defendant's total offense level, his criminal history category, or his applicable guideline range, a reduction in sentence is not authorized under 18 U.S.C. § 3582(c)(2). USSG §1B1.10(a)(2)(B).

Except as otherwise provided, all provisions of the judgment dated _____ January 25, 2022 _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____ April 14, 2-26 _____

Effective Date: _____
*(if different from order date)*

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE